UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDEEP SINGH, an individual;<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NORTHROP GRUMMAN CORPORATION, a Corporation; KIMBERLY L. DOERSAM, an individual; SCOTT PULLIAM, an individual; and DOES 1 through 20, inclusive.<br><br>　　　　Defendants. | CASE NO. CV12-5200 DMG-CWx<br><br>**ORDER REGARDING DISMISSAL [32]** |

1   The parties, Plaintiff Amandeep Singh, and Defendants Northrop Grumman
2   Corporation, Kimberly L. Doersam, and Scott Pulliam, having submitted a
3   Stipulation of Dismissal and the Court having read the foregoing Stipulation, it is
4   hereby ORDERED:

5   The Stipulation of Dismissal is GRANTED and the causes of action and all
6   claims filed or asserted by Plaintiff Amandeep Singh, against Defendants Northrop
7   Grumman Corporation, Kimberly L. Doersam, and Scott Pulliam, are hereby
8   dismissed, with prejudice, each party to bear his or its own attorneys' fees and costs.

Dated: February 27, 2013

DOLLY M. GEE
United States District Judge